Name and Address
Kevin J. McDevitt
1776 Ash Street
Northfield, Illinois 60093

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY AB DEPUTY

Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CKE RESTAURANTS, INC., et. al.<br><br>Plaintiff(s)<br>v.<br><br>JACK IN THE BOX, INC., a Delware Corporation<br><br>Defendant(s). | CASE NUMBER<br><br>SACV07-603 AG(JTLx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____Kevin J. McDevitt_____,
*Applicant's Name*

of _____Neal & McDevitt, LLC_____ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☑ Plaintiff ☐ Defendant _____CKE RESTAURANTS, INC., et. al._____

and the designation of _____Jan P. Weir_____ of _____Stradling Yocca Carlson & Rauth_____
*Local Counsel Designee* *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated May 25, 2007

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

**ANDREW J. GUILFORD**

DOCKETED ON CM
JUN -1 2007
ORIGINAL BY _____ 178