CKE Restaurants Inc et al v. Jack in the Box Inc                                                                Doc.

Name and address

Richard B. Biagi
1776 Ash Street
Northfield, Illinois 60093

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 5 2007

CENTRAL DISTRICT OF CAL.
BY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Send

| | |
|---|---|
| CKE RESTAURANTS, INC., et. al. <br><br> Plaintiff(s) <br><br> v. <br><br> JACK IN THE BOX, INC., a Delware Corporation <br><br> Defendant(s). | CASE NUMBER <br><br> **SACV07-603 AG(JTLx)** <br><br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____ Richard B. Biagi _____ ,

_____ *Applicant's Name*

of _____ Neal & McDevitt, LLC _____ for permission to appear and participate in the above-entitled

*Firm Name*

action on behalf of ☑ Plaintiff    ☐ Defendant    _____ CKE RESTAURANTS, INC., et. al. _____

and the designation of _____ Jan P. Weir _____ of _____ Stradling Yocca Carlson & Rauth _____

*Local Counsel Designee*                                    *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  May 24, 2007 _____

_____

U. S. District Judge/U.S. Magistrate Judge

**ANDREW J. GUILFORD**

DOCKETED ON CM

JUN - 1 2007

BY _____ 178

ORIGINAL

G-64 ORDER (06/05)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.co