```
 1  Jan Weir, Esq., SBN 106652
    Jennifer A. Trusso, Esq., SBN 198579
 2  STRADLING YOCCA CARLSON & RAUTH
    660 Newport Center Drive Suite 1600
 3  Newport Beach, CA 92660
    Telephone: (949) 725-4000
 4  Facsimile: (949) 725-4100
    E-mail: jweir@sycr.com
 5  E-mail: jtrusso@sycr.com

 6  Attorneys for Plaintiffs
    CKE RESTAURANTS, INC.,
 7  CARL KARCHER ENTERPRISES, INC., and
    HARDEE'S FOOD SYSTEMS, INC.
 8

 9  MANATT, PHELPS & PHILLIPS, LLP
    KATHRIN A. WANNER (Bar No. 188592)
10  BECKY J. BELKE (Bar No. 179675)
    11355 West Olympic Boulevard
11  Los Angeles, CA 90064-1614
    Telephone: (310) 312-4000
12  Facsimile: (310) 312-4224
    E-mail: kwanner@manatt.com
13  E-mail: bbelke@manatt.com

14  Attorneys for Defendant
    JACK IN THE BOX, Inc.
15
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority Send

**DENIED**
BY ORDER OF
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE
ON 6/1/07

DOCKETED ON CM
JUN 4 2007
BY ___ 074

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## SOUTHERN DIVISION

| | |
|---|---|
| CKE RESTAURANTS, INC., a Delaware Corporation, CARL KARCHER ENTERPRISES, INC., a California Corporation, and HARDEE'S FOOD SYSTEMS, INC., a North Carolina Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACK IN THE BOX, INC, a Delaware Corporation,<br><br>Defendant. | No. SACV 07-603 AG (JTLx)<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41122864.2

STIP AND [PROPOSED] ORDER AMENDING
BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

IT IS HEREBY STIPULATED by and between Plaintiffs CKE Restaurants, Inc., Carl Karcher Enterprises, Inc., and Hardee's Food Systems, Inc., and Defendant Jack In The Box, Inc. through their attorneys of record, as follows:

WHEREAS, on May 25, 2007, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") seeking injunctive relief against Defendant;

WHEREAS, under the local rules, Defendant's Opposition Brief to the currently pending Motion and Plaintiffs' Reply Brief are due June 4, 2007 and June 11, 2007, respectively;

WHEREAS, Defendant only recently retained counsel and thus requested additional time to prepare its Opposition Brief to Plaintiffs' Motion;

WHEREAS, Plaintiffs agreed to an extension of time of the due date for Defendant's Opposition Brief on the condition that the due date of Plaintiffs' Reply Brief also be extended in order to afford Plaintiffs adequate time to respond to Defendant's Opposition;

WHEREAS, the parties have conferred and agreed to maintain the original June 18, 2007 hearing date, subject to Court approval;

THEREFORE, the parties have agreed to the following modifications to the briefing schedule: Defendant shall serve Plaintiffs with its Opposition Brief and all supporting documents opposing Plaintiffs' Motion via email no later than 12:00 p.m. PDT on June 7, 2007, and file same with the Court by the close of business that same day, and Plaintiffs shall serve Defendant via email with their Reply Brief and all supporting documents no later than the close of business on June 13, 2007,

1  and file same with the Court by the close of business that same day. The hearing on
2  Plaintiffs' motion shall remain on June 18, 2007 at 10:00 a.m., subject to Court
3  approval.

5  Dated: June 1, 2007        STRADLING YOCCA CARLSON & RAUTH

            By: _____
                Jan P. Weir
                Steven M. Hanle
                Jennifer A. Trusso
                Attorneys for Plaintiffs CKE Restaurants, Inc.,
                Carl Karcher Enterprises, Inc., and
                Hardee's Food Systems, Inc.

11 Dated: June 1, 2007        MANATT, PHELPS & PHILLIPS, LLP

            By: _____
                Kathrin A. Wanner
                Becky J. Belke
                Attorneys for Defendant
                JACK IN THE BOX

16 IT IS SO ORDERED.

18 SIGNED on this ___ day of _____, 2007.

                        _____
                        Hon. Andrew J. Guilford
                        UNITED STATES DISTRICT JUDGE

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

411228642

3

STIP AND [PROPOSED] ORDER AMENDING
BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

## PROOF OF SERVICE

I, Judy L. Feingold, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 1, 2007, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jan P. Weir, Esq.
Jennifer A. Trusso, Esq.
STRADLING YOCCA CARLSON & RAUTH
600 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 1, 2007, at Los Angeles, California.

_____
Judy L. Feingold

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41123090.1