



ORIGINAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

**SOUTHERN DIVISION**



| | |
|---|---|
| CKE RESTAURANTS, INC., a Delaware Corporation, CARL KARCHER ENTERPRISES, INC., a California Corporation, and HARDEE'S FOOD SYSTEMS, INC., a North Carolina Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACK IN THE BOX, INC, a Delaware Corporation,<br><br>Defendant. | No. SACV 07-603 AG (JTLx)<br><br>Hon. Andrew Guilford<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT JACK IN THE BOX INC.'S *Ex Parte* APPLICATION FOR ORDER TO DEEM OPPOSITION TO PLAINTIFFS' MOTION FOR PRLIMINARY INJUNCTION AS TIMELY FILED<br><br>[Filed Concurrently with Ex Parte Application For Order To Deem Opposition To Plaintiff's Motion for Preliminary Injunction Timely Filed]<br><br>[Opposition to Preliminary Injunction Motion, Objections to Plaintiffs' Evidence, and [Proposed] Order Re Preliminary Injunction Motion lodged herewith] |

This Court has duly read and considered Jack in the Box Inc.'s Ex

Parte Application For Order To Deem Opposition To Plaintiffs' Motion For

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41123956 1

Dockets.Justia.co

1  Preliminary Injunction As Timely Filed, the supporting Memorandum of Points and

2  Authorities, supporting Declarations of Becky J. Belke and Ceasar Sosa, and

3  Exhibits thereto, and for good cause shown,

4          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Jack

5  in the Box Inc.'s Opposition to Plaintiffs' Motion For Preliminary Injunction,

6  Objections To Plaintiffs' Evidence, and [Proposed] Order Denying Motion For

7  Preliminary Injunction, be deemed timely filed.

8

9  DATED: JUNE 6 , 2007

10

11                         Hon. Andrew Guilford

12                         United States District Judge

13

14

15  Respectfully Submitted,

16

17  Dated:    June 5 , 2007        MANATT, PHELPS & PHILLIPS, LLP
                                  Kathrin A. Wanner

18                                      Becky J. Belke

19

20                   By:

21                     Becky J. Belke
                    Attorneys for Defendant
                    JACK IN THE BOX INC.

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, JUDY FEINGOLD, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 5, 2007, I caused to be served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT JACK IN THE BOX INC.'S *Ex Parte* APPLICATION FOR ORDER TO DEEM OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AS TIMELY FILED**

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐      by placing the document(s) listed above in a sealed *FEDERAL EXPRESS* envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a *FEDERAL EXPRESS* agent for delivery.

☒      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jan P. Weir, Esq.
Jennifer A. Trusso, Esq.
STRADLING YOCCA CARLSON & RAUTH
600 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 5, 2007, at Los Angeles, California.

_____
JUDY FEINGOLD

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41123090 1