CKE Restaurants Inc et al v. Jack in the Box Inc                                                                                  Doc. 13

MANATT, PHELPS & PHILLIPS, LLP
Kathrin A. Wanner (Bar No. CA 188592)
Becky J. Belke (Bar No CA 179675)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: kwanner@manatt com
E-mail: bbelke@manatt.com

**ORIGINAL**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 14 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CKE RESTAURANTS, INC., a Delaware Corporation, CARL KARCHER ENTERPRISES, INC., a California Corporation, and HARDEE'S FOOD SYSTEMS, INC., a North Carolina Corporation,<br><br>Plaintiff(s)<br><br>V.<br><br>JACK IN THE BOX, INC, a Delaware Corporation,<br><br>Defendant(s) | CASE NUMBER      Send<br><br>SACV 07-603 AG (JTLx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of **Jeffrey S. Edelstein**
                                                              *Applicant's Name*

of **Manatt, Phelps & Phillips, LLP** for permission to appear and participate in the above-entitled
    *Firm Name*

action on behalf of ☐ Plaintiff  ☒ Defendant **Jack In The Box, Inc.**

and the designation of **Kathrin A. Wanner** of **Manatt, Phelps & Phillips, LLP**
                       *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated June 14, 2007

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

**ANDREW J. GUILFORD**

DOCKETED ON CM
JUN 14 2007
BY _____ 081

G-64 ORDER (06/05)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE     American LegalNet, Inc.
                                                                                                      www.USCourtForms.com

Dockets.Justia.co

## PROOF OF SERVICE

I, Judy L. Feingold, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On June 12 2007, I served a copy of the within document(s):

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE - Jeffrey S. Edelstein**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed **FEDERAL EXPRESS** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **FEDERAL EXPRESS** agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jan P. Weir, Esq.
Jennifer A. Trusso, Esq.
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 12, 2007, at Los Angeles, California.

*/s/ Judy L. Feingold*
Judy L. Feingold

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41123090.1