FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 14 2007

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CKE RESTAURANTS, INC., ET AL<br><br>Plaintiff(s),<br><br>v.<br><br>JACK IN THE BOX, INC.<br><br>Defendant(s). | CASE NO. SACV 07-603-AG(JTLx)<br><br>ORDER RE EARLY MEETING OF PARTIES AND SCHEDULING CONFERENCE<br><br>Scheduling Conference:<br><br>AUGUST 20, 2007<br><br>at 9:00 a.m.<br><br>(Fed. R. Civ. P. 16(b) and 26(f)) |

This action has been assigned to the calendar of JUDGE ANDREW J. GUILFORD. The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court. Counsel must be completely familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California, and keep the Court informed concerning the status of this case, "to secure the just, speedy, and inexpensive determination of every action" (F.R. Civ. P. 1).

DOCKETED ON CM

JUN 14 2007

BY            081

-1-

1. <u>Early Meeting of Parties</u>. IT IS ORDERED that the parties shall meet under Fed. R. Civ. P. 26(f), at least 21 days before the Scheduling Conference, and report on the meeting in writing to the Court within 14 days after the meeting. Failure to comply may lead to imposition of sanctions.

2. <u>Scheduling Conference</u>. IT IS FURTHER ORDERED that this case is set for a Scheduling Conference under Fed. R. Civ. P. 16(b) on the date and time stated in the caption of this Order, in Courtroom 10D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California.

Unless excused for good cause, each counsel appearing at the Scheduling Conference and at all pretrial meetings shall be the attorney who will be in charge of the conduct of the trial.

If there is a first appearance by any party after the date of this Order, counsel for Plaintiff shall give notice of this Order to that party.

Dated: June 14, 2007

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk:
Lisa Bredahl
(714) 338-4757

-2-