# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 07-0603-AG(JTLx) | Date June 13, 2007 |
| Title CKE RESTAURANTS, INC., ET AL. v. JACK IN THE BOX, INC. | |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                       Not Present

**Proceedings:** [IN CHAMBERS] ORDER REQUESTING SUR-REPLY FROM DEFENDANT JACK IN THE BOX, INC. AND CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On June 11, 2007, Plaintiffs CKE Restaurants, Inc., Carl Karcher Enterprises, Inc., and Hardee's Food Systems, Inc. ("Plaintiffs") filed their Reply Memorandum in Support of the Motion for Preliminary Injunction ("Reply"). In their Reply, Plaintiffs introduce new evidence that was not provided in their moving papers. Thus, Defendant Jack in the Box, Inc. ("Defendant") was not given an opportunity to respond to this evidence in its opposing papers. The Court invites Defendant to submit a sur-reply, no longer than 15 pages, responding only to Plaintiff's new evidence introduced in its Reply. Defendant shall submit a sur-reply, if any, no later than June 20, 2007.

The Court also continues the scheduled hearing on Plaintiff's Motion for Preliminary Injunction to July 2, 2007.

Initials of Preparer

DOCKETED ON CM
JUN 15 2007
BY _____ 178