# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 07-0603-AG(JTLx) | Date | July 2, 2007 |
|---|---|---|---|
| Title | CKE RESTAURANTS, INC., ET AL v JACK IN THE BOX, INC. | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Walter Ledge | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jan Weir
Kevin McDevitt
Richard Biagi
Richard Goodman

Attorneys Present for Defendants:

Chad Hummel
Becky Belke

**Proceedings:** PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Cause is called for hearing and counsel make their appearances. Matter is argued. Plaintiff's Motion for Preliminary Injunction is DENIED. A separate Order Denying Plaintiffs' Motion for Preliminary Injunction is signed and filed this date.



:  18

Initials of Preparer   lmb