# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 07-0603-AG(JTLx) | Date | August 20, 2007 |
|---|---|---|---|

| Title | CKE RESTAURANTS, INC., ET AL v JACK IN THE BOX, INC. |
|---|---|

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Jane Sutton Rule | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin McDevitt | Kathrin Wanner |

**Proceedings:**   SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The Court sets the following dates:

Expert Disclosures are due December 14, 2007. Rebuttal Expert Disclosures are due January 15, 2008.

Discovery Cutoff (including experts) is February 29, 2008

A Final Pretrial Conference is set for May 12, 2008 at 8:30 a.m.

A Jury Trial is set for June 17, 2008 at 9:00 a.m. The Court sets the length of the trial at 5 days.

Scheduling Order Specifying Procedures is signed and filed this date.

: 06

Initials of Preparer   lmb