Priority
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | **SACV 07-00603-AG (JTLx)** | Date **September 11, 2007** |
| Title | **CKE RESTAURANTS v. JACK IN THE BOX, INC.** | |

Present: The Honorable    Jennifer T. Lum, United States Magistrate Judge

| Debra Plato | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings: **(IN CHAMBERS) SCHEDULING OF SETTLEMENT CONFERENCE**

The parties, having elected to have Magistrate Judge Lum conduct a settlement conference of this matter, are directed to contact Judge Lum's clerk, Debra Plato, at (213) 894-0216, to schedule the conference at an appropriate time. The parties are advised that they should contact the clerk so as to allow sufficient time for the court to schedule the settlement conference. The parties should confer prior to contacting the clerk and agree on at least three possible dates at 1:30 p.m. on either a Wednesday or Thursday for the settlement conference. The proposed dates should be consistent with the Local Rules, the Federal Rules of Civil Procedure, and in accordance with any orders or dates set by the District Judge. Further instructions regarding briefing will be provided by way of the Settlement Conference Order once the date has been set.

**The parties are directed to provide to Magistrate Judge Lum a copy of all relevant pleadings including the complaint, answer and Rule 26(f) Joint Report.**

Initials of Deputy Clerk    dp

DOCKETED ON CM
SEP 11 2007
BY ___ 051