CKE Restaurants Inc et al v. Jack in the Box Inc                                                                                    Doc. 44

MANATT, PHELPS & PHILLIPS, LLP
KATHRIN A. WANNER (Bar No. 188592)
BECKY J. BELKE (Bar No. 179675)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000; Fax: (310) 312-4224
E-mail: kwanner@manatt.com; bbelke@manatt.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CKE RESTAURANTS, INC., a Delaware Corporation, CARL KARCHER ENTERPRISES, INC., a California Corporation, and HARDEE'S FOOD SYSTEMS, INC., a North Carolina Corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>JACK IN THE BOX, INC, a Delaware Corporation,<br><br>Defendant(s). | CASE NUMBER<br>SACV 07-603 AG (JTLx)<br><br>ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

ORDERS the Request for:

☒ SETTLEMENT PROCEDURE NO. 1
☐ SETTLEMENT PROCEDURE NO. 2.
☐ SETTLEMENT PROCEDURE NO. 3

be:
☒ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

DOCKETED ON CM

SEP 1 2 2007

074

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: Sept 5, 2007

United States District Judge/Magistrate Judge
**ANDREW J. GUILFORD**

ADR-01 ORDER (10/06)       ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

# PROOF OF SERVICE

I, Judy L. Feingold, declare:

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064. On **August 31, 2007**, I served a copy of the within document(s):

**ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Jan P. Weir, Esq. | Kevin J. McDevitt, Esq. |
| Jennifer A. Trusso | Richard B. Biagi, Esq. |
| Stradling Yocca Carlson & Rauth | Neal & McDevitt, LLC |
| 660 Newport Center Drive, Suite 1600 | 1776 Ash Street |
| Newport Beach, CA 92660 | Northfield, IL 60093 |
| Telephone (949) 725-4000 | Telephone (847) 441-9100 |
| Facsimile (949) 725-4100 | Facsimile (847) 441-0911 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 31, 2007**, at Los Angeles, California.

_Judy L. Feingold_
Judy L. Feingold

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41131353 1

PROOF OF SERVICE by Mail